## Department of the Treasury
*Federal Law Enforcement Agencies*
### PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>03 CR 666 |
|---|---|
| TIMOTHY JOHNSON | TYPE OF PROCESS **PRELIMINARY ORDER OF FORFEITURE AND NOTICE OF FORFEITURE** |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize<br>**JOHN M. CUTRONE, ESQ.** |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code)<br>**47 WEST POLK STREET, SUITE 324, CHICAGO, IL 60605** |

| SEND NOTICE OF SERVICE COPY TO REQUESTER:<br>PATRICK J. FITZGERALD, UNITED STATES ATTORNEY<br>OFFICE OF THE UNITED STATES ATTORNEY<br>219 SOUTH DEARBORN STREET, 5TH FLOOR,<br>CHICAGO, ILLINOIS 60604<br>ATTN: DANIEL E. MAY, AUSA | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

**PLEASE SERVE VIA CERTIFIED MAIL.**

JUL 27 2004

**FILED**
JUL 27 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| Signature of Attorney or other Originator requesting service on behalf of [X] Plaintiff<br>DANIEL E. MAY, AUSA  *Daniel E May*  [ ] Defendant | Telephone No.<br>(312) 353-5300 | Date<br>10/9/03 |
|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: *Daniel E May* | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. **1** | District of Origin No. **N IL** | District to Serve No. **N IL** | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER:<br>S/A P. Matusyk | Date<br>11-24-03 |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above:<br>US MAIL | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service<br>12/2/03 | Time of Service<br>[ ] AM<br>[ ] PM | |
| | Signature, Title and Treasury Agency<br>S/A P. Matusyk | | |

REMARKS: Sent out certified mail on 11-24-03. (PM) Signed by JOHN M. CUTRONE

TD F 90-22.48 (6/96)

*Make (5) copies after form is signed. SEND ORIGINAL + 4 COPIES to TREASURY AGENCY. Retain Copy #5 for your file.*

Prepared by: Renee McNeill

18