

AO 442 (Rev. 6/97) Warrant for Arrest

# United States District Court
Northern District of Illinois
Eastern Division

United States of America

**FILED**

WARRANT FOR ARREST

v.

AUG 1 1 2005

Timothy Johnson

Case Number: 03 cr 666

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To: The United States Marshal
And any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Timothy Johnson** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   Information   Complaint   Order of court   Violation Notice   Probation Violation Petition

charging him or her with:   **Felon in possession of firearm**

in violation of Title 18 United States Code, Section(s) 922(g)(1)

Yvette Pearson Issuing Officer

Deputy Clerk

_____
Signature of Issuing Officer

July 9, 2002; Chicago, Illinois

Bail fixed at $

_____
, Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| Date Received | Name and Title of Arresting Officer | Signature of Arrest Officer |
| Date of Arrest 7/11/2003 | MELODY N WALDRON ATF-A SAUSA | Melody N Waldron |