JH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 03 CR 0666 |
| | ) | Hon. Wayne R. Andersen |
| TIMOTHY JOHNSON | ) | |

## FINAL ORDER OF FORFEITURE

This cause comes before the Court on motion of the United States for entry of a final order of forfeiture as to specific property pursuant to the provisions of Title 18, United States Code, Section 924(d)(1), Title 28, United States Code, Section 2461(c), and Fed. R. Crim. P. 32.2, and the Court being fully informed hereby finds as follows:

(a)     On July 8, 2003, an indictment was returned charging defendant TIMOTHY JOHNSON with illegally possessing a firearm and ammunition, pursuant to the provisions of 18 U.S.C. § 922(g)(1);

(b)     The indictment sought forfeiture to the United States of specific property, namely, one Hi Point, model JC, 40 caliber revolver, bearing serial number 100366 and ammunition, pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c);

(c)     On September 12, 2003, defendant TIMOTHY JOHNSON entered a guilty plea admitting his involvement in certain offenses;

(d)     In the plea agreement entered between the defendant and the United States, defendant TIMOTHY JOHNSON agreed that the firearm, namely, one Hi Point, model JC, 40 caliber revolver, bearing serial number 100366 and ammunition, was subject to forfeiture and further agreed to relinquish any right, title, or ownership interest that he has in this property pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c);

(e) On January 26, 2004, this Court entered a preliminary order of forfeiture forfeiting any interest defendant TIMOTHY JOHNSON had in the foregoing firearm and directing the Bureau of Alcohol, Tobacco, and Firearms to seize and take custody of the foregoing property. Further, the Bureau of Alcohol, Tobacco, and Firearms was ordered to publish notice of the United States' intention to forfeit the foregoing property and to dispose of the property according to law;

(f) Pursuant to the provisions of 21 U.S.C. § 853(n)(1), as incorporated by 28 U.S.C. § 2461(c), beginning on September 21, 2006 and continuing for three consecutive weeks ending on October 5, 2006, the Wall Street Journal published notice of the forfeiture and of the United States' intention to dispose of the foregoing property;

(g) John M. Cutrone, attorney for defendant TIMOTHY JOHNSON, was served with a copy of the notice of publication and the preliminary order of forfeiture. Pursuant to the provisions of 21 U.S.C. § 853(n)(1), as incorporated by 28 U.S.C. § 2461(c), no other parties are known to have an interest in the foregoing property, and accordingly, no other parties were served with a copy of the notice of publication and the preliminary order of forfeiture;

(h) To date, no petitions have been filed requesting a hearing to adjudicate any interest in the foregoing property, and the time in which to file a request for a hearing has expired.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED:

1. That, pursuant to the provisions of 21 U.S.C. § 924(d)(1), 28 U.S.C. § 8461(c), and to Fed. R. Crim. P. 32.2, and to the terms of his plea agreement, all right, title and interest of defendant TIMOTHY JOHNSON and any third party in one Hi Point, model JC, 40 caliber revolver, bearing serial number 100366 and ammunition is hereby forfeit to the United States of America for disposition according to law;

2. That, pursuant to the provisions of 21 U.S.C. § 853(n)(7), as incorporated by 28

U.S.C. § 2461(c), following entry of this order, the United States shall have clear title to the foregoing property and shall dispose of the property according to law;

3. This Court shall retain jurisdiction in this matter to take additional action and enter further orders as necessary to implement and enforce this forfeiture order.

_____
WAYNE R. ANDERSEN
United States District Judge

Dated: December 21, 2006